**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM M. MAHRU and HONEYLAND PRODUCTIONS PROFIT SHARING PLAN, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 06 C 4329 |
| v. | ) ) | Judge John W. Darrah |
| REZMAR CORPORATION, DANIEL S. MAHRU, and ANTOIN S. REZKO | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' AMENDED MOTION FOR JUDGMENT
AGAINST DEFENDANT REZMAR CORPORATION**

Plaintiffs, William M. Mahru and Honeyland Productions Profit Sharing Plan, move for entry of judgment against Defendant Rezmar Corporation ("Rezmar"). In support of their motion, plaintiffs state as follows:

1. On April 15, 2008, this Court granted plaintiffs' motion for default judgment against defendant Rezmar.

2. The Court entered an order of default against Rezmar and set the matter for prove-up of damages on May 7, 2008.

3. On May 7, 2008, the Court entered and continued plaintiffs' motion for the presentation of further evidence of their damages. The court set the matter for further hearing on the additional proof of damages on May 29, 2008.

4. Plaintiffs submit the affidavit of William M. Mahru, attached as Exhibit A hereto, to demonstrate a combined total damages to plaintiffs of $406,603.41 as of May 29, 2008.

5. As alleged more fully in plaintiffs' complaint and the affidavit of William M. Mahru,

plaintiffs are also entitled to attorneys' fees and litigation costs related to bringing this action because the Operating Agreement between the parties contractually provides for the prevailing party in any litigation in connection with the Operating Agreement to recover such fees and costs from the non-prevailing party.

6. Plaintiffs submit the affidavit of Daniel S. Hefter, one of their attorneys, attached as Exhibit B hereto, to demonstrate that plaintiffs have incurred costs and fees litigating this action in an amount equal to $30,735.00.

7. Since the affidavits attached hereto support the damages claimed by the plaintiffs against defendant Rezmar, judgment in the total amount of $437,338.41 is proper.

8. As explained in the affidavit of William M. Mahru, an amount of $109.59 per diem should be added to $437,338.41 for each day after May 29, 2008 to the extent judgment is entered subsequent to May 29, 2008.

9. A copy of plaintiffs' motion for default judgment and notice of the hearing date for that motion were sent to Rezmar at its last known address (which is also its address of record in this proceeding) by certified mail on March 21, 2008.

10. Rezmar did not appear at the hearing on the motion for default judgment.

11. A copy of plaintiffs' original motion for entry of judgment and notice of the hearing date for that motion were sent to Rezmar at its last known address (which is also its address of record in this proceeding) by certified mail on May 2, 2008

12. A copy of this amended motion and notice of the motion hearing date are being sent to Rezmar at its last known address (which is also its address of record in this proceeding) by certified mail on May 16, 2008.

WHEREFORE, Plaintiffs William M. Mahru and Honeyland Productions Profit Sharing Plan pray for entry of a judgment in the amount of $437,338.41 plus $109.59 per diem for each day beyond May 29, 2008 against Defendant Rezmar Corporation and in favor of the plaintiffs.

Dated: May 16, 2008                                   Respectfully Submitted,

  /s/ Adam A. Hachikian
Daniel S. Hefter
Adam A. Hachikian
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street
Suite 3000
Chicago, Illinois 60606
(312) 224-1200

*Counsel for Plaintiffs*